## UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>ESTES, CHARLES JEFFREY<br>ESTES, NANCY S<br>ELITE CONCRETE CONSTRUCTION, INC.<br>TAN, SUN ME<br><br>Debtor(s) | CHAPTER 7 -- Liquidation<br><br>CASE NO. 06-71814 MB<br><br>HONORABLE  MANUEL BARBOSA |

## TRUSTEE'S FINAL REPORT

To:   THE HONORABLE  MANUEL BARBOSA
      BANKRUPTCY JUDGE

NOW COMES JOSEPH D. OLSEN, Trustee herein, and respectfully submits to the Court

and to the United States Trustee his/her Final Report in accordance with 11 U.S.C. §704(9).

1.      JOSEPH D. OLSEN was appointed as the Chapter 7 trustee ("Trustee").  The Petition

commencing this case was filed on 10/04/06.  An order for relief under Chapter 7 was entered on

10/04/06.  The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2.      The Trustee certifies that he/she has concluded the administration of this estate and has

performed the duties enumerated in Section 704 of the Bankruptcy Code.  The nonexempt assets of

the estate have either been converted to cash, disposed of under orders of this Court, or are sought

to be abandoned by the Trustee; there is no other property belonging to the estate; there are no

matters pending or undetermined; claims have been reviewed as necessary and appropriate; and all

claim objections have been resolved to the best of the Trustee's knowledge.  The Trustee certifies

that this estate is ready to be closed.  The tasks performed by the Trustee are set forth on Exhibit A.

3.     The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought

to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.     A summary of the Trustee's Final Report as of April 1, 2008 is as follows:

| a. | | RECEIPTS (See Exhibit C) | 35,116.27 |
|----|----|----|----|
| b. | | DISBURSEMENTS (See Exhibit C) | 26,392.49 |
| c. | | NET CASH available for distribution | 8,723.78 |
| d. | | TRUSTEE/PROFESSIONAL COSTS | |
| | 1. | Trustee compensation requested (See Exhibit E.) | 4,043.12 |
| | 2. | Trustee Expenses (See Exhibit E.) | 213.07 |
| | 3. | Compensation requested by attorney or other professionals for trustee (See Exhibit F.) | 2,517.50 |
| | 4. | Estimated compensation and expense reimbursement request (See Exhibit F.) | |

5.     The Bar Date for filing unsecured claims expired on 02/12/07.

6.     All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by

the Trustee (as necessary and appropriate, a copy of the Trustee's proposed distribution is attached

as Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as

follows:

| a. | Allowed unpaid secured claims | 0.00 |
|----|----|----|
| b. | Chapter 7 administrative and 28 U.S.C. §1930 claims | 6,773.69 |
| c. | Allowed Chapter 11 administrative claims | 0.00 |
| d. | Allowed priority claims | 0.00 |
| e. | Allowed unsecured claims | 854,879.51 |

7.     Trustee proposes that unsecured creditors receive a distribution of 0.00% of allowed claims.

8.      Total compensation and expense previously awarded to Trustee's counsel, accountant or other

professional was $650.00. Professional's compensation and expense requested but not yet allowed

is $2,517.50. The total of Chapter 7 professional fees and expenses requested for final allowance

is $2,517.50. (A summary of the professional fees and expenses previously requested is attached

hereto as Exhibit G.)

9.      A fee of $2,500.00 was paid to Debtor's counsel for services rendered in connection with this

case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

        WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are

true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C.

§§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation

and reimbursement of expenses and make final allowance of the administrative claims and expenses

stated in this Report and for such other relief as the Court shall deem proper.

                            RESPECTFULLY SUBMITTED:

DATE: _4/1/08_____                    _s/s  Joseph D. Olsen_____
                                     JOSEPH D. OLSEN
                                     YALDEN, OLSEN & WILLETTE
                                     1318 EAST STATE STREET
                                     ROCKFORD, IL  61104-2228

# EXHIBIT A

## TASKS PERFORMED BY TRUSTEE

1.  Preliminary review of Debtor's Petition, Statement of Affairs and Schedules prior to conduct of First Meeting of Creditors;

2.  Examination of Debtor at First Meeting of Creditors, discovery of potential assets including;

    a.) Collection of account receivable;
    b.) Sale of real estate.

3.  Conducted preliminary discovery with regard to the location and identity of the Debtor's underlying financial affairs;

4.  Prepared all forms necessary for the administration of the estate including the estate property record, cash receipts and disbursements ledgers, employer identification number, opening of depository accounts, preparation of final and supplemental final reports;

5.  Review of the Debtor's financial records with regard to other avoidable transfers or undisclosed assets;

6.  Conferences with Trustee's attorneys regarding the progress of liquidation/recovery of estate assets;

7.  Preliminary review of all correspondence and pleadings generated or received by the Trustee's attorneys;

8.  Review of Proof of Claim document, preparation of memo re: preliminary grounds for objection to same;

9.  Fielded all creditor inquiries regarding the administration of the estate.

(See time records attached.)

# Yalden, Olsen & Willette

# Invoice

FEIN 36-4156203
1318 East State Street
Rockford, IL 61104

| DATE | INVOICE # |
|------|-----------|
| 3/26/2008 | 13409 |

| BILL TO |
|---------|
| U.S. Bankruptcy Court
211 South Court
Rockford, IL 61101 |

| | CASE NUMBER | IN REFERENCE TO: |
|---|-------------|------------------|
| UST | 06-71814 | Estes-Trustee Time |

| DATE | ATTY | PROFESSIONAL SERVICES | QTY/HRS | PRICE |
|------|------|----------------------|---------|-------|
| 10/6/2006 | UST | Conference with Attorney Dave Kurlinkus regarding purchase of tanning salon business. Conference with Attorney Manning for secured creditor regarding purchase & sale of same. | 0.3 | 0.00 |
| 10/6/2006 | UST | Conference with Jeff Ordono (sp) with regard to secured position of First National Bank & Trust, voice mail to Attorney Kurlinkus regarding sale of tanning salon. | 0.3 | 0.00 |
| 10/9/2006 | UST | Research on applicability of 11 USC Section 362(h)(2) to case. | 0.25 | 0.00 |
| 10/9/2006 | UST | Correspondence to Debtors' counsel regarding production at First Meeting of Creditors. | 0.25 | 0.00 |
| 10/9/2006 | UST | Conference with secured creditor's attorney regarding status of replevin actions, security interest in various items of personal property, voice mail to prospective purchaser regarding same. | 0.5 | 0.00 |
| 10/9/2006 | UST | Conference with Dave Kurlinkus regarding position, UCC lien search, tax lien search, transfer of purchase price. | 0.2 | 0.00 |

| | Total | |
|---|-------|---|

# Yalden, Olsen & Willette

# Invoice

FEIN 36-4156203
1318 East State Street
Rockford, IL 61104

| DATE | INVOICE # |
|------|-----------|
| 3/26/2008 | 13409 |

| BILL TO |
|---------|
| U.S. Bankruptcy Court<br>211 South Court<br>Rockford, IL 61101 |

| | CASE NUMBER | IN REFERENCE TO: |
|---|---|---|
| UST | 06-71814 | Estes-Trustee Time |

| DATE | ATTY | PROFESSIONAL SERVICES | QTY/HRS | PRICE |
|------|------|----------------------|---------|-------|
| 10/9/2006 | UST | Review of fax from Attorney Kurlinkus regarding UCC search, search of real estate records regarding ownership of Telegraph Road, conference with Assumed Names Dept. at Winnebago County Recorder of Deeds and conference with Business Licensing Dept. in Loves Park regarding ownership of Sun Me Tan. | 0.5 | 0.00 |
| 10/10/2006 | UST | Physical inspection (exterior) of Sun Me Tan location. | 0.5 | 0.00 |
| 10/11/2006 | UST | Conference with Attorney Kurlinkus regarding transmittal of purchase price, waiver of First National Bank lien and IRS lien.  Conference with Attorney Ordonia (SP) regarding estoppel letter. | 0.3 | 0.00 |
| 10/11/2006 | UST | Review of federal tax lien, fax to Attorney Kurlinkus regarding effect on buyout of business. | 0.2 | 0.00 |
| 10/12/2006 | UST | Receipt and review of correspondence from Attorney Ordono regarding First National's release of security interest on Sun Me Tan. Conference with Jeff Ordono regarding terms and conditions involving same.  Fax to Attorney Kurlinkus regarding same. | 0.3 | 0.00 |

| | Total |
|---|-------|
| | |

# Yalden, Olsen & Willette

# **Invoice**

FEIN 36-4156203
1318 East State Street
Rockford, IL 61104

| DATE | INVOICE # |
|------|-----------|
| 3/26/2008 | 13409 |

| BILL TO |
|---------|
| U.S. Bankruptcy Court
211 South Court
Rockford, IL 61101 |

| | | CASE NUMBER | IN REFERENCE TO: |
|---|---|---|---|
| | UST | 06-71814 | Estes-Trustee Time |

| DATE | ATTY | PROFESSIONAL SERVICES | QTY/HRS | PRICE |
|------|------|----------------------|---------|-------|
| 10/12/2006 | UST | Preparation of cash receipts & disbursement ledger, estate property record, review objections to exemptions and calendaring of file on asset log. | 0.4 | 0.00 |
| 10/18/2006 | UST | Conference with Attorney DeBruyne regarding case administration | 0.15 | 0.00 |
| 10/18/2006 | UST | Review of correspondence from Attorney Godlewski with regard to sale of Debtor's residence.  Review of petition regarding same. | 0.25 | 0.00 |
| 10/19/2006 | UST | Review of correspondence from Attorney Ordono regarding termination of security interest. | 0.1 | 0.00 |
| 10/20/2006 | UST | Review of Motion for Relief from the Automatic Stay filed by GMAC, e-mail to moving attorney regarding production of vehicle titles. | 0.25 | 0.00 |
| 10/25/2006 | UST | Memo to staff regarding change of mailing matrix. | 0.15 | 0.00 |
| 10/25/2006 | UST | Conference with Debtor's counsel's office regarding direct contact with Debtors on insurance coverage, voice mail to Jeff Estes regarding same. | 0.25 | 0.00 |
| 10/26/2006 | UST | Conference with Bank Officer with regard to distribution of funds regarding Sun Me Tan. | 0.2 | 0.00 |
| 10/26/2006 | UST | Conference with Debtor regarding turnover of vehicles, location of Tahoe. | 0.25 | 0.00 |

| | **Total** | |
|---|---|---|

# Yalden, Olsen & Willette

# Invoice

FEIN 36-4156203
1318 East State Street
Rockford, IL 61104

| DATE | INVOICE # |
|------|-----------|
| 3/26/2008 | 13409 |

| BILL TO |
|---------|
| U.S. Bankruptcy Court<br>211 South Court<br>Rockford, IL 61101 |

| | | CASE NUMBER | IN REFERENCE TO: |
|--|--|-------------|------------------|
| | UST | 06-71814 | Estes-Trustee Time |

| DATE | ATTY | PROFESSIONAL SERVICES | QTY/HRS | PRICE |
|------|------|----------------------|---------|-------|
| 10/26/2006 | UST | Conference with insurance agency regarding writing of policy for 2005 Silverado. | 0.25 | 0.00 |
| 10/27/2006 | UST | Conference with U.S. Trustee regarding bonding of auctioneer, conference with insurance agent regarding insurance on vehicles, conference with Maggio Truck regarding hauling charges for vehicle. Conference with Debtor's counsel's office regarding payment on 2001 Cadillac, voice mail to Banker's office regarding whereabouts of key and access to premises. | 0.35 | 0.00 |
| 10/30/2006 | UST | Payment of claim for First National Bank of Beloit and transmittal of Security Interest to buyer. | 0.25 | 0.00 |
| 11/1/2006 | UST | Physical appearance with auctioneer and banker at Roscoe location.  Appearance at license company regarding issuance of replacement title. | 1 | 0.00 |
| 11/1/2006 | UST | Conference with Auto Land Outlets of Byron regarding release of lien on title.  Voice mail with Zig Zacula (sp) at Bank regarding mileage on vehicle. | 0.25 | 0.00 |
| 11/2/2006 | UST | Correspondence to Auto Land Outlets of Byron regarding application for title issues. | 0.25 | 0.00 |
| 11/7/2006 | UST | Preparation of file for First Meeting of Creditors, review and draft of questions regarding same. | 0.5 | 0.00 |

| | Total | |
|--|-------|--|

## Yalden, Olsen & Willette

# Invoice

FEIN 36-4156203
1318 East State Street
Rockford, IL 61104

| DATE | INVOICE # |
|------|-----------|
| 3/26/2008 | 13409 |

| BILL TO |
|---------|
| U.S. Bankruptcy Court
211 South Court
Rockford, IL 61101 |

| | CASE NUMBER | IN REFERENCE TO: |
|---|---|---|
| UST | 06-71814 | Estes-Trustee Time |

| DATE | ATTY | PROFESSIONAL SERVICES | QTY/HRS | PRICE |
|------|------|----------------------|---------|-------|
| 11/9/2006 | UST | Appearance at 2004 Exam of Nancy Estes. | 1.5 | 0.00 |
| 11/10/2006 | UST | Correspondence to Northwest Bank of Rockford regarding turnover of depository accounts. | 0.25 | 0.00 |
| 11/14/2006 | UST | Conference with Attorney Kent Carter regarding case skid loader, collateral, location, etc. | 0.2 | 0.00 |
| 11/16/2006 | UST | Review of file regarding sale of half interest in Cadillac, review of Kellybluebook.com regarding same. Conference with Nancy Estes regarding mechanics of same. | 0.25 | 0.00 |
| 11/16/2006 | UST | Conference with Broker Dunn with regard to physical inspection of real estate. | 0.15 | 0.00 |
| 11/26/2006 | UST | Conference with Lora Riggs, purchaser of Sun Me Tan regarding status, payment, subsequent documentation. | 0.2 | 0.00 |
| 11/27/2006 | UST | Conference with Northwest Bank regarding turnover of funds on deposit. | 0.2 | 0.00 |
| 11/28/2006 | UST | Review of file, voice mail with broker regarding walk-through in residence. | 0.15 | 0.00 |
| 11/28/2006 | UST | Correspondence to Attorney Natale regarding adjusted basis in tanning salon. | 0.2 | 0.00 |
| 11/28/2006 | UST | Review of file, organize to do's, documents, etc. | 0.5 | 0.00 |
| 12/4/2006 | UST | Depositing of turnover of funds from Northwest Bank of Rockford. | 0.15 | 0.00 |

# Total

# Yalden, Olsen & Willette

# Invoice

FEIN 36-4156203
1318 East State Street
Rockford, IL 61104

| DATE | INVOICE # |
|------|-----------|
| 3/26/2008 | 13409 |

| BILL TO |
|---------|
| U.S. Bankruptcy Court<br>211 South Court<br>Rockford, IL 61101 |

| | | CASE NUMBER | IN REFERENCE TO: |
|---|---|---|---|
| | UST | 06-71814 | Estes-Trustee Time |

| DATE | ATTY | PROFESSIONAL SERVICES | QTY/HRS | PRICE |
|------|------|----------------------|---------|-------|
| 12/6/2006 | UST | Review of market analysis by broker, analysis as to whether beneficial to estate to liquidate. Voice mail to Attorney Natale regarding same. | 0.35 | 0.00 |
| 12/11/2006 | UST | Conference with Attorney Natale regarding abandonment of interest in real estate. | 0.2 | 0.00 |
| 12/11/2006 | UST | Conference with first mortgagee regarding abandonment of interest in real estate. | 0.15 | 0.00 |
| 12/12/2006 | UST | Voice mail to Broker Dunn regarding abandonment of South Beloit property. | 0.15 | 0.00 |
| 12/13/2006 | UST | Balancing bank statement. | 0.15 | 0.00 |
| 12/15/2006 | UST | Balancing bank statement. | 0.15 | 0.00 |
| 12/21/2006 | UST | Conference with Rhonda Davenport regarding procedures for sale of residence. | 0.15 | 0.00 |
| 12/22/2006 | UST | Review of correspondence from Debtors' counsel regarding stipulated judgment order with First National Bank. | 0.1 | 0.00 |
| 12/29/2006 | UST | Review of agreed order to be entered in the State Court Replevin proceedings, execution of same, fax to Attorney Ordono regarding same. | 0.15 | 0.00 |
| 1/13/2007 | UST | Review of correspondence from Attorney Natale regarding transmittal of check representing funds on deposit, banking regarding same. | 0.2 | 0.00 |
| 1/15/2007 | UST | Balancing bank statement. | 0.15 | 0.00 |

| | Total |
|---|---|
| | |

**Yalden, Olsen & Willette**

# Invoice

FEIN 36-4156203
1318 East State Street
Rockford, IL 61104

| DATE | INVOICE # |
|------|-----------|
| 3/26/2008 | 13409 |

| BILL TO |
|---------|
| U.S. Bankruptcy Court<br>211 South Court<br>Rockford, IL 61101 |

| | | CASE NUMBER | IN REFERENCE TO: |
|---|---|---|---|
| | UST | 06-71814 | Estes-Trustee Time |

| DATE | ATTY | PROFESSIONAL SERVICES | QTY/HRS | PRICE |
|------|------|-----------------------|---------|-------|
| 1/17/2007 | UST | Conference with Attorney Rock regarding offer and compromise on balance of estate, source of funding for distribution to Trustee, voice mail to Attorney Kempler (Wisconsin) regarding same, how it effects the Family Limited Partnership. | 0.25 | 0.00 |
| 2/5/2007 | UST | Correspondence to Randy Folk with regard to production of documents regarding transfer of motor home. | 0.25 | 0.00 |
| 2/5/2007 | UST | Preparation of case progress report. | 0.25 | 0.00 |
| 2/7/2007 | UST | Voice mail from and to Title Company with regard to closing proceeds on home. | 0.2 | 0.00 |
| 2/20/2007 | UST | Review of correspondence from Attorney Natale regarding account and authorization. | 0.1 | 0.00 |
| 2/20/2007 | UST | Balancing bank statement. | 0.15 | 0.00 |
| 2/27/2007 | UST | Review of narrative explanation from Debtor's counsel's office regarding transfer of title to mobile home back and forth. | 0.2 | 0.00 |
| 3/13/2007 | UST | Balancing bank statement. | 0.15 | 0.00 |
| 3/16/2007 | UST | Review of file regarding mobile home issue, review of Attorney Natale's correspondence explaining transfers back and forth, decision to abandon. | 0.25 | 0.00 |
| 3/20/2007 | UST | Review of proof of claims for preliminary objections thereto. | 0.35 | 0.00 |
| 3/23/2007 | UST | Receipt of IRS inquiry, response to same. | 0.15 | 0.00 |

| | Total |
|---|---|

## Yalden, Olsen & Willette

# Invoice

FEIN 36-4156203
1318 East State Street
Rockford, IL 61104

| DATE | INVOICE # |
|------|-----------|
| 3/26/2008 | 13409 |

| BILL TO |
|---------|
| U.S. Bankruptcy Court<br>211 South Court<br>Rockford, IL 61101 |

| | CASE NUMBER | IN REFERENCE TO: |
|---|---|---|
| UST | 06-71814 | Estes-Trustee Time |

| DATE | ATTY | PROFESSIONAL SERVICES | QTY/HRS | PRICE |
|------|------|----------------------|---------|-------|
| 3/25/2007 | UST | Review of file, voice mail with Attorney Ordono regarding status on Objections to Claims, memo to staff regarding same. | 0.25 | 0.00 |
| 3/26/2007 | UST | Conference with accountant regarding engagement letter, preparation of tax returns. | 0.2 | 0.00 |
| 3/28/2007 | UST | Conference with Attorney DeBruyne regarding administration status. | 0.15 | 0.00 |
| 3/30/2007 | UST | Review of correspondence from First National's attorney with regard to objections to proof of claim. | 0.1 | 0.00 |
| 3/31/2007 | UST | Review of engagement letter, revision to same, return correspondence regarding same. | 0.25 | 0.00 |
| 4/9/2007 | UST | Balancing bank statment. | 0.15 | 0.00 |
| 4/18/2007 | UST | Conference with accountant's office regarding status of engagement, memo to staff regarding procurement of 2014 Statement. | 0.2 | 0.00 |
| 4/20/2007 | UST | Receipt of revised proof of claims by First National Bank of Winnebago, voice mail from Attorney Ordono regarding continuance of objections to claims, return voice mail regarding same. | 0.15 | 0.00 |
| 5/2/2007 | UST | Conference with Accountant regarding execution of 2014 statement, memo to staff regarding refaxing materials to accountant. | 0.25 | 0.00 |
| 5/2/2007 | UST | Review of amended proof of claim by First National Bank, memo to file regarding allowance of same. | 0.2 | 0.00 |

| | Total |
|---|-------|
| | |

# Yalden, Olsen & Willette

# Invoice

FEIN 36-4156203
1318 East State Street
Rockford, IL 61104

| DATE | INVOICE # |
|------|-----------|
| 3/26/2008 | 13409 |

| BILL TO |
|---------|
| U.S. Bankruptcy Court
211 South Court
Rockford, IL 61101 |

| | CASE NUMBER | IN REFERENCE TO: |
|---|---|---|
| UST | 06-71814 | Estes-Trustee Time |

| DATE | ATTY | PROFESSIONAL SERVICES | QTY/HRS | PRICE |
|------|------|----------------------|---------|-------|
| 5/4/2007 | UST | Review of correspondence from Attorney Ordono with regard to snaffu and turnover of depository accounts from Northwest Bank of Rockford. | 0.15 | 0.00 |
| 5/9/2007 | UST | Balancing bank statement. | 0.15 | 0.00 |
| 5/30/2007 | UST | Correspondence to Accountant regarding preparation of tax returns. | 0.2 | 0.00 |
| 6/15/2007 | UST | Balancing bank statement. | 0.15 | 0.00 |
| 7/5/2007 | UST | Conference with accountant's office regarding preparation of returns, preparation of case progress report. | 0.25 | 0.00 |
| 7/11/2007 | UST | Balancing bank statement. | 0.15 | 0.00 |
| 7/18/2007 | UST | Review of file, voice mail with accountants regarding tax return status. | 0.15 | 0.00 |
| 7/30/2007 | UST | Search through file for Bill of Sale of Sun Me Tan, correspondence to accountant regarding preparation of tax returns. | 0.4 | 0.00 |
| 8/17/2007 | UST | Conference with Tures & Associates regarding completion of tax returns. | 0.15 | 0.00 |
| 8/22/2007 | UST | Conference with Attorney Ordono regarding return of monies improperly turned over in corporate case. | 0.15 | 0.00 |
| 10/4/2007 | UST | Estimated time to close:  Preparation of Final Report, supplemental final report, dividend letters to creditors, court appearance re: same. | 2 | 0.00 |
| 11/26/2007 | UST | Review of Bank's Motion to Compel turnover of funds. | 0.2 | 0.00 |

| | Total | |
|---|---|---|

**Yalden, Olsen & Willette**

FEIN 36-4156203
1318 East State Street
Rockford, IL 61104

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/26/2008 | 13409 |

| BILL TO |
|---------|
| U.S. Bankruptcy Court<br>211 South Court<br>Rockford, IL 61101 |

| | CASE NUMBER | IN REFERENCE TO: |
|---|---|---|
| UST | 06-71814 | Estes-Trustee Time |

| DATE | ATTY | PROFESSIONAL SERVICES | QTY/HRS | PRICE |
|------|------|----------------------|---------|-------|
| 12/12/2007 | UST | Voice mail hell with the IRS to figure out why they recalculated the tax due with no explanation as to how they did it. | 0.75 | 0.00 |
| 12/18/2007 | UST | Balancing bank statement. | 0.15 | 0.00 |
| 1/17/2008 | UST | Balancing bank statement on Chase system. | 0.15 | 0.00 |
| 2/11/2008 | UST | Balancing bank statement. | 0.15 | 0.00 |
| 2/19/2008 | UST | Review of Bankruptcy Code Section 505, Bankruptcy Rule 5003, conference with Clerk regarding IRS addresses.  Conference with Accountant's office regarding production of 2006 federal income tax return, attempts to respond to IRS assessment of taxes. | 0.4 | 0.00 |
| 2/25/2008 | UST | Preparation of case progress report. | 0.2 | 0.00 |
| 3/10/2008 | UST<br>Reimb Group | Balancing bank statement. | 0.15 | 0.00 |
| 10/16/2006 | | ccs: Notice to Employ Attys (117 x .15) - $17.55 | | 17.55 |
| 10/16/2006 | | Postage: Notice to Employ Professionals (Attorneys) - 39 x .39 - $15.21 | | 15.21 |
| 10/16/2006 | | ccs: Notice to Pay Secured Debt (117 x .15) - $17.55 | | 17.55 |
| 10/16/2006 | | Postage: Notice to Pay Secured Debt (39 x .39) - $15.21 | | 15.21 |
| 10/31/2006 | | Mileage (30 @ .40) - $12.00 - Travel to Roscoe to meet auctioneer | | 12.00 |

| | **Total** | |
|---|---|---|

# Yalden, Olsen & Willette

FEIN 36-4156203
1318 East State Street
Rockford, IL 61104

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/26/2008 | 13409 |

| BILL TO |
|---------|
| U.S. Bankruptcy Court<br>211 South Court<br>Rockford, IL 61101 |

| | CASE NUMBER | IN REFERENCE TO: |
|---|---|---|
| UST | 06-71814 | Estes-Trustee Time |

| DATE | ATTY | PROFESSIONAL SERVICES | QTY/HRS | PRICE |
|------|------|-----------------------|---------|-------|
| 11/3/2006 | | Reimbursement to Joseph D. Olsen for 1) Secretary of the State $65.00 - misplaced title fee and Park License Service - $15.00 fee | | 80.00 |
| 5/8/2007 | | ccs: Notice to Employ Accountant (82 x .15) - $12.30 | | 12.30 |
| 5/8/2007 | | Postage: Notice to Employ Accountants (41 x .39)- $15.99 | | 15.99 |
| 10/4/2007 | | ccs: final rpt (150 x .15) - $22.50 | | 22.50 |
| 3/3/2008 | | ccs: Notion & Motion to Approve Order Determining liability to IRS - 24 x .15 - $3.60 | | 3.60 |
| 3/3/2008 | | Postage: Notice to Determine tax liability - 2 x .58 - $1.16 | | 1.16 |
| | | Total Reimbursable Expenses | | 213.07 |

| **Total** | $213.07 |
|-----------|---------|

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 06-71814 MB
**Case Name:** ESTES, CHARLES JEFFREY
ESTES, NANCY S
**Period Ending:** 03/25/08

**Trustee:** (330400)  JOSEPH D. OLSEN
**Filed (f) or Converted (c):** 10/04/06 (f)
**§341(a) Meeting Date:** 11/09/06
**Claims Bar Date:** 02/12/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence - South Beloit, IL | 250,000.00 | 20,000.00 | DA | 0.00 | FA |
| 2 | Checking Acct @ Northwest | 2,700.00 | Unknown | | 4,984.34 | FA |
| 3 | Checking Acct @ First National Bank | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking Acct for Sun Me Tan | 100.00 | 0.00 | | 18.45 | FA |
| 5 | HHGS/Furnishings | 4,500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Wearing Apparel | 500.00 | 0.00 | DA | 0.00 | FA |
| 7 | Jewelry | 250.00 | 0.00 | DA | 0.00 | FA |
| 8 | Pension/profit sharing | 68,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | Stock/interests in Elite | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | Interest in Sun Me Tan | 30,000.00 | 7,500.00 | | 30,000.00 | FA |
| 11 | 2001 Cadillac (1/2 interest) | 6,250.00 | 0.00 | DA | 0.00 | FA |
| 12 | GMAC | 2,500.00 | Unknown | | 0.00 | FA |
| 13 | 2007 Chevy Tahoe | 45,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | Computer | 500.00 | 0.00 | DA | 0.00 | FA |
| 15 | Dog | 100.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 112.11 | Unknown |
| 16 | **Assets**   Totals (Excluding unknown values) | **$410,500.00** | **$27,500.00** | | **$35,114.90** | **$0.00** |

Printed: 03/26/2008 12:27 PM   V.10.03

# Form 1

## Individual Estate Property Record and Report

### Asset Cases

**Case Number:** 06-71814 MB

**Case Name:** ESTES, CHARLES JEFFREY
ESTES, NANCY S

**Period Ending:** 03/25/08

**Trustee:** (330400)    JOSEPH D. OLSEN

**Filed (f) or Converted (c):** 10/04/06 (f)

**§341(a) Meeting Date:** 11/09/06

**Claims Bar Date:** 02/12/07

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 30, 2007    **Current Projected Date Of Final Report (TFR):** November 14, 2007 (Actual)

## Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 06-71814 MB | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | ESTES, CHARLES JEFFREY | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | ESTES, NANCY S | | Account: | ***-*****30-65 - Money Market Account |
| Taxpayer ID #: | 13-7543675 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 04/11/08 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 10/13/06 | {10} | Amcore Bank | Purchase assets of Tan Salon | 1129-000 | 30,000.00 | | 30,000.00 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 9.85 | | 30,009.85 |
| 11/01/06 | | To Account #*******3066 | Pymt per Ct. Order of 10/30 | 9999-000 | | 21,450.00 | 8,559.85 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 5.62 | | 8,565.47 |
| 12/04/06 | {2} | Northwest Bank | Turnover of monies on deposit | 1129-000 | 4,984.34 | | 13,549.81 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.95 | | 13,557.76 |
| 01/19/07 | {4} | First National Bank & Trust | balance of funds from Sun Me Tan acct | 1110-000 | 18.45 | | 13,576.21 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.04 | | 13,585.25 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.77 | | 13,592.02 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.25 | | 13,599.27 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.50 | | 13,606.77 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.50 | | 13,614.27 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.02 | | 13,621.29 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.75 | | 13,629.04 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.52 | | 13,636.56 |
| 09/11/07 | | To Account #*******3066 | Pay IRS & IDR taxes and Acct fees | 9999-000 | | 2,729.00 | 10,907.56 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.92 | | 10,913.48 |
| 10/05/07 | | To Account #*******3066 | Transfer funds to pay Acct. Fees per Ct. Order | 9999-000 | | 28.46 | 10,885.02 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.39 | | 10,891.41 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 5.66 | | 10,897.07 |
| 12/06/07 | | To Account #*******3066 | Per Court Order of 12/3/07 to turnover funds | 9999-000 | | 2,185.03 | 8,712.04 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 4.61 | | 8,716.65 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 3.98 | | 8,720.63 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 1.78 | | 8,722.41 |

| | Subtotals : | $35,114.90 | $26,392.49 |
|---|---|---|---|

## Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 06-71814 MB
**Case Name:** ESTES, CHARLES JEFFREY
ESTES, NANCY S
**Taxpayer ID #:** 13-7543675
**Period Ending:** 04/11/08

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****30-65 - Money Market Account
**Blanket Bond:** $1,500,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 03/26/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1700% | 1270-000 | 1.37 | | 8,723.78 |
| 03/26/08 | | To Account #*******3066 | Prep. of F. rpt (under $10,000) | 9999-000 | | 8,723.78 | 0.00 |
| | | | ACCOUNT TOTALS | | 35,116.27 | 35,116.27 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 35,116.27 | |
| | | | Subtotal | | 35,116.27 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $35,116.27 | $0.00 | |

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 06-71814 MB | **Trustee:** JOSEPH D. OLSEN (330400) |
| **Case Name:** | ESTES, CHARLES JEFFREY / ESTES, NANCY S | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| **Taxpayer ID #:** | 13-7543675 | **Account:** ***-*****30-66 - Checking Account |
| **Period Ending:** | 04/11/08 | **Blanket Bond:** $1,500,000.00 (per case limit) |
| | | **Separate Bond:** N/A |

| 1<br>Trans. Date | 2<br>{Ref #}/ Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/01/06 | 101 | First National Bank & Trust Company of Beloit | Pymt of Secured Claim per Court Order of 10/30/06 | 4210-000 | | 21,450.00 | 0.00 |
| 11/02/06 | | From Account #*******3065 | From Account #*******3065 10/30/06 | 9999-000 | 21,450.00 | | 21,450.00 |
| 09/11/07 | | From Account #*******3065 | Pay IRS & IDR taxes and Acct fees | 9999-000 | 2,729.00 | | 2,729.00 |
| 09/13/07 | 102 | Illinois Department of Revenue | Form IL-1041 (06) EIN 13-7543675 | 2820-000 | | 570.00 | 2,159.00 |
| 09/13/07 | 103 | U.S. Treasury - Internal Revenue Service | Form 1041 - EIN 13-7543675 | 2810-000 | | 1,509.00 | 650.00 |
| 09/14/07 | 104 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2007 FOR CASE #06-71814, Bond #016018067 Voided on 09/14/07 | 2300-003 | | 18.78 | 631.22 |
| 09/14/07 | 104 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2007 FOR CASE #06-71814, Bond #016018067 Voided: check issued on 09/14/07 | 2300-003 | | -18.78 | 650.00 |
| 09/14/07 | 105 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2007 FOR CASE #06-71814, Bond #016018067 | 2300-000 | | 28.46 | 621.54 |
| 10/05/07 | | From Account #*******3065 | Transfer funds to pay Acct. Fees per Ct. Order | 2300-000 | 28.46 | | 650.00 |
| 10/08/07 | 106 | Tures & Associates, P.C. | Pymt of Acct. fees per 10/3/07 Order | 3410-000 | | 650.00 | 0.00 |
| 12/06/07 | | From Account #*******3065 | Per Court Order of 12/3/07 to turnover funds | 9999-000 | 2,185.03 | | 2,185.03 |
| 12/07/07 | 107 | First National Bank & Trust Company | Per Ct. Order of 12/3/07 - creditor's motion for turnover | 8500-002 | | 2,185.03 | 0.00 |
| 03/26/08 | | From Account #*******3065 | Prep. of F. rpt (under $10,000) | 9999-000 | 8,723.78 | | 8,723.78 |

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 06-71814 MB
**Case Name:** ESTES, CHARLES JEFFREY
ESTES, NANCY S
**Taxpayer ID #:** 13-7543675
**Period Ending:** 04/11/08

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****30-66 - Checking Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 35,116.27 | 26,392.49 | $8,723.78 |
| | | | Less: Bank Transfers | | 35,116.27 | 0.00 | |
| | | | Subtotal | | 0.00 | 26,392.49 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$26,392.49** | |

|  | Net Receipts : | 35,116.27 |
|---|---|---|
| Less Other Noncompensable Items : | | 2,185.03 |
| | Net Estate : | $32,931.24 |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| MMA # ***-*****30-65 | 35,116.27 | 0.00 | 0.00 |
| Checking # ***-*****30-66 | 0.00 | 26,392.49 | 8,723.78 |
| | $35,116.27 | $26,392.49 | $8,723.78 |

### UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>ESTES, CHARLES JEFFREY<br>ESTES, NANCY S<br>ELITE CONCRETE CONSTRUCTION, INC.<br>TAN, SUN ME<br><br>Debtor(s) | CHAPTER 7 -- Liquidation<br><br>CASE NO. 06-71814 MB<br><br>HONORABLE  MANUEL BARBOSA |

### DISTRIBUTION REPORT

I, JOSEPH D. OLSEN, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 6,773.69 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 1,950.09 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 0.00 |
| | |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ 8,723.78 |

**DISTRIBUTION REPORTS**                                                    **PAGE 1**

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|----|---------------|------------------------|------------------|
| | Secured Claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|--------------|----------|----------------|-----------------|

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|----|---------------|------------------------|------------------|
| | §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $6,773.69 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|--------------|----------|----------------|-----------------|
| | Yalden, Olsen & Willette | 2,517.50 | 2,517.50 |
| | JOSEPH D. OLSEN | 4,043.12 | 4,043.12 |
| | JOSEPH D. OLSEN | 213.07 | 213.07 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|----|---------------|------------------------|------------------|
| | §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|--------------|----------|----------------|-----------------|

**DISTRIBUTION REPORTS**                                                      **PAGE 2**

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|----|----------------|------------------------|------------------|
|    | §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|----|----------------|------------------------|------------------|
|    | §507(a)(3) - Wages, salaries or commissions limited to $4,000.00 | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|----|----------------|------------------------|------------------|
|    | §507(a)(4) - Contributions to Employee Benefit Funds | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|----|----------------|------------------------|------------------|
|    | §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,000.00 | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

**DISTRIBUTION REPORTS**                                          **PAGE 3**

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(6) - Deposits by consumers to the extent of $1,800.00 | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(7) - Alimony | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §724(b)(6) - Tax Liens | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

**DISTRIBUTION REPORTS**                                                          **PAGE 4**

| 11. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|-----|----------------|---|------------------------|------------------|
| | §507(a)(8) - Tax claims excluding fines and penalties | | $193,746.15 | 1.01% |

| CLAIM NUMBER | | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|--------------|---|----------|----------------|-----------------|
| 1A | | Illinois Dept. of Employment Securities | 662.21 | 6.67 |
| 2 | | Illinois Department of Revenue | 1,100.00 | 11.07 |
| 4A | | Illinois Department of Revenue | 3,703.66 | 37.28 |
| 7 | | Internal Revenue Service | 95,554.23 | 961.77 |
| 9 | | Illinois Department of Revenue | 25,847.00 | 260.15 |
| 17 | | Department of the Treasury - Internal Revenue Serv | 66,879.05 | 673.15 |

| 12. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|-----|----------------|---|------------------------|------------------|
| | §507(a)(9) - Capital Commitments to FDIC, et al. | | $0.00 | 0.00% |

| CLAIM NUMBER | | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|--------------|---|----------|----------------|-----------------|

**DISTRIBUTION REPORTS**                                              **PAGE 5**

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $854,879.51 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 1B | IL Dept of Employment Security | 250.00 | 0.00 |
| 3 | CNH Capital America LLC | 14,057.09 | 0.00 |
| 4B | Illinois Department of Revenue | 590.40 | 0.00 |
| 5 | US Bank/Retail Payment Solutions | 6,653.10 | 0.00 |
| 6 | Sjostrom & Sons, Inc. | 27,130.00 | 0.00 |
| 7A | Internal Revenue Service | 3,321.00 | 0.00 |
| 8 | Yellow Book USA | 4,011.00 | 0.00 |
| 9A | Illinois Department of Revenue | 2,879.00 | 0.00 |
| 10 | Super Mix, Inc. | 327,742.20 | 0.00 |
| 11 | GMAC | 2,791.94 | 0.00 |
| 12 | Household Finance Corporation/Beneficial | 5,094.60 | 0.00 |
| 13 | LVNV Funding LLC its successors and assigns as | 11,524.02 | 0.00 |
| 14 | LVNV Funding LLC its successors and assigns as | 3,715.37 | 0.00 |
| 15 | LVNV Funding LLC its successors and assigns as | 1,048.31 | 0.00 |
| 16A | First National Bank & Trust Co. | 444,071.48 | 0.00 |

**DISTRIBUTION REPORTS**                                               **PAGE 6**

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|-----|----------------|------------------------|------------------|
| | §726(a)(3) - Late unsecured claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|--------------|----------|----------------|-----------------|

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|-----|----------------|------------------------|------------------|
| | §726(a)(4) - Fines/penalties | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|--------------|----------|----------------|-----------------|

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|-----|----------------|------------------------|------------------|
| | §726(a)(5) - Interest | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|--------------|----------|----------------|-----------------|

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|-----|----------------|------------------------|------------------|
| | §726(a)(6) - Surplus to Debtor | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|--------------|----------|----------------|-----------------|

**DISTRIBUTION REPORTS**                                                      **PAGE 7**

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant or barred from distribution.

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOW /WITHDRAW DESIGNATE |
|---|---|---|---|---|
| Secured | 16B | First National Bank & Trust Co C/O McGreevy Williams, P.C. PO Box 2903 Rockford, IL 61132-2903 | $ 208,000.00 | Allowed as secured - but no distribution to be made |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED:_____4/1/08_____                    _____s/s  Joseph D. Olsen_____

                                            JOSEPH D. OLSEN, Trustee