Case Name: ESTES, CHARLES JEFFREY
    ESTES, NANCY S.
    ELITE CONCRETE CONSTRUCTION, INC.
    SUN ME TAN
Case No:  06-71814

## <u>CERTIFICATION OF REVIEW</u>

The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.


Dated: April 24, 2008     WILLIAM T. NEARY
           United States Trustee, Region 11



       BY:  */s/ Carole J. Ryczek*
          CAROLE J. RYCZEK
          Attorney for the U.S. Trustee