UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>ESTES, CHARLES JEFFREY<br>ESTES, NANCY S<br>ELITE CONCRETE CONSTRUCTION, INC.<br>TAN, SUN ME<br>Social Security/Employer Tax ID Number:<br>xxx-xx-9071  13-7543675<br>Debtor(s) | CHAPTER 7 -- Liquidation<br><br>CASE NO. 06-71814 MB<br><br>HONORABLE  MANUEL BARBOSA |

### NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO ALL CREDITORS:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held by the undersigned judge at the U.S. BANKRUPTCY COURT, 211 South Court, Rockford, IL 61101, on MAY 21, 2008 at 9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES NOW REQUESTED |
|---|---|---|---|
| Yalden, Olsen & Willette<br>Attorney/Trustee | 0.00 | 2,517.50 | |
| JOSEPH D. OLSEN<br>Trustee | 0.00 | 4,043.12 | |

| | | |
|---|---|---|
| JOSEPH D. OLSEN<br>Trustee | 0.00 | 213.07 |

4. The Trustee's Final Report shows total:

    a. Receipts      $ 35,116.27

    b. Disbursements      $ 26,392.49

    c. Net Cash Available for Distribution      $ 8,723.78

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens and priority claims which must be paid in advance of general unsecured creditors have been allowed in the amount of $193,746.15, which leaves a total amount of $0.00, to be distributed to general unsecured creditors whose claims have been allowed in the total amount of $854,879.51.

6. The debtors have been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

4/1/08                                            s/s Joseph D. Olsen
DATE

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-3           User: cshabez                Page 1 of 2                  Date Rcvd: Apr 25, 2008
Case: 06-71814                 Form ID: pdf002              Total Served: 59


The following entities were served by first class mail on Apr 27, 2008.
db           +Charles Jeffrey Estes,    14720 Pleasant Valley Rd,    South Beloit, IL 61080-9525
jdb          +Nancy S Estes,    PO Box 1297,    Arizona City, AZ 85223-1297
aty          +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
               Rockford, IL 61108-2582
aty          +Craig A Willette,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
tr           +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
10946982      ADT Security Services,    PO Box 371967,    Pittsburgh, PA 15250-7967
10946983     +All Contractors Equipment, Inc.,    4949 26th Avenue,    Rockford, IL 61109-1681
10946985      Beneficial Finance,    PO Box 17574,    Baltimore, MD 21297-1574
10946984     +Beneficial Finance,    10125 N. Second Street,    Machesney Park, IL 61115-1450
10946986      Blackhawk State Bank,    PO Box 719,    Beloit, WI 53512-0719
10946988     +CNH Capital,    233 Lake Ave,    Racine, WI 53403-1015
11043017     +CNH Capital America LLC,    successor to Case Credit Corp,    PO Box 3600,
               Lancaster, PA 17604-3600
10946987     +Camelot Radiology,    3600 E. State St. - Ste. 328,    Rockford, IL 61108-1970
10946989     +Central Laborers' Pension Fund etal,    % Richard A. Toth - Daley & George,
               20 S. Clark Street - Suite 400,    Chicago, IL 60603-1835
11233022     +Department of the Treasury - Internal Revenue Serv,    Centralized Insolvency Ops.,    PO Box 21126,
               Philadelphia, PA 19114-0326
10946991     +ERG-Electronic Transaction Supplies,    1858 Rochelle Avenue,    Capitol Heights, MD 20743-4306
10946990     +Elite Concrete Construction, Inc,    5414 Edith Lane,    Roscoe, IL 61073-9575
10946993     +First National Bank & Trust,    345 E Grand Ave,    Beloit, WI 53511-6226
10946994     +First National Bank & Trust,    300 East Main Street,    Rockton, IL 61072-2502
10946996     +First National Bank & Trust Co.,    PO Box 1400,    Beloit, WI 53512-1400
11357393     +First National Bank & Trust Co.,    c/o Attorney Jeff P. Orduno,    McGreevy Williams, PC,
               POB 2903,    Rockford, IL 61132-2903
10946995      First National Bank & Trust Co.,    Cardmember Services,    PO Box 790408,
               Saint Louis, MO 63179-0408
10946997     +First National Bank and Trust Co.,    345 East Grand Avenue,    Beloit, WI 53511-6226
10946998     +Fox Valley & Vicinity Cont. Workers,    % Baum Sigman Auerbach & Neuman Ltd,
               200 W. Aams St. - te. 2200,    Chicago, IL 60606-5208
10947001      GMAC,    PO Box 9001951,    Louisville, KY 40290-1951
10947000     +GMAC,    PO Box 3100,    Midland, TX 79702-3100
11144151     +GMAC,    PO Box 130424,    Roseville, MN 55113-0004
10946999      Gerdau Ameristeel,    PO Box 31328,    Tampa, FL 33631-3328
11158936      Household Finance Corporation/Beneficial,    by eCAST Settlement Corporation,    as its agent,
               POB 35480,    Newark NJ 07193-5480
10992374     +IL Dept of Employment Security,    Bankruptcy Unit - 4th Floor,    33 S State St,
               Chicago, IL 60603-2802
10947003     +IL Dept. of Employment Security,    401 S State St Ste 615,    Chicago, IL 60605-1229
10947002     +IL Dept. of Employment Security,    850 E. Madison Street,    Springfield, IL 62702-5500
10947005    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:   Internal Revenue Service,    Mail Stop 5010 CHI,    230 S. Dearborn St.,
               Chicago, IL 60604)
10947007      IUOE Local 150 Admn Dues,    PO Box 94427,    Chicago, IL 60690-4427
10947004      Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago, IL 60664-0338
11022464     +Illinois Department of Revenue,    Bankruptcy Section,    100 West Randolph Street  Level 7-400,
               Chicago, Illinois 60601-3218
10947006     +International Secure Technologies,    400 West Cummings Park - Ste. 1495,    Woburn, MA 01801-6519
10947008      John Deere Credit,    PO Box 4450,    Carol Stream, IL 60197-4450
10947009     +Midwest Operating Engineers Fringe,    Benefit Funds Local #150,    6150 Joliet Road,
               La Grange, IL 60525-3956
10947010     +NiCor Gas,    1844 W. Ferry Road,    Naperville, IL 60563-9600
10946992     +Northern IL Cement,    Masons & Plasterers #11,    5640 Sockness Dr,    Rockford, IL 61109-6306
10947011     +One Communications,    100 Chestnut Street - Ste. 800,    Rochester, NY 14604-2415
10947012      Providian,    Washington Mutual Card Services,    PO Box 660433,    Dallas, TX 75266-0433
10947013     +R.H. Donnelley,    8519 Innovation Way,    Chicago, IL 60682-0085
10947014     +Rogers Ready Mix,    5510 S. Mulford Road,    Rockford, IL 61109-4156
10947015     +Schmeling Building Supply,    1031 School Street,    Rockford, IL 61101-5930
10947016     +Scott and Laura Riggs,    % Attorney David J. Kurlinkus,    363 Financial Ct. - Ste. 100,
               Rockford, IL 61107-6671
11047212     +Sjostrom & Sons, Inc.,    c/o Attorney Craig Willette,    1318 E. State St.,
               Rockford, IL 61104-2228
10947017      Sprint,    PO Box 219554,    Kansas City, MO 64121-9554
10947018     +Stetson Building Products,    510 SW 9th Street,    Des Moines, IA 50309-4512
10947019     +Super Mix, Inc.,    5435 Bull Valley Road,    Suite 130,    Mchenry, IL 60050-7433
11043498     +US Bank/Retail Payment Solutions,    PO Box 5229,    Cincinnati, OH 45201-5229
10947021      Washington Mutual,    PO Box 660433,    Dallas, TX 75266-0433
10947022      Washington Mutual Card Services,    PO Box 660487,    Dallas, TX 75266-0487
10947023      Wright Express Universal Fleet,    PO Box 6293,    Carol Stream, IL 60197-6293
10947024     +Yellow Book USA,    6300 C Street SW,    Cedar Rapids, IA 52404-7470
11065227     +Yellow Book USA,    %RMS Bankruptcy Recovery Services,    PO Box 5126,    Timonium, MD 21094-5126

The following entities were served by electronic transmission on Apr 26, 2008.
11169081      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Washington Mutual,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
10947020     +E-mail/PDF: BankruptcyEBN@afninet.com Apr 26 2008 03:34:02     Verizon,
               Receivables Management Call Center,    1135 E. Chocolate Avenue,    Hershey, PA 17033-1220
                                                                                              TOTAL: 2
```

```
District/off: 0752-3          User: cshabez           Page 2 of 2            Date Rcvd: Apr 25, 2008
Case: 06-71814                Form ID: pdf002         Total Served: 59

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Joseph D Olsen,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
                                                                                           TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 27, 2008**              **Signature:** *Joseph Speetjens*